# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

United State District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

NMG

[FILED IN CLERK'S OFFICE — U.S. DISTRICT, DISTRICT OF MASS. — 2015 JAN 15 PM 12 20]

RE: No. SJC-11809

**OA VW LLC & another**
vs.
**MASSACHUSETTS DEPARTMENT OF TRANSFORMATION & others**

Lower court information:

Lower Court:
Docket No(s):

Route to SJC:        Direct Entry: Certified Question

### NOTICE OF ENTRY

Pursuant to Mass.R.A.P. 10(a)(3), you are hereby notified that, on January 12, 2015, the above-referenced case was entered on the docket of this court.

Francis V. Kenneally, Clerk

Dated: January 13, 2015